In the Matter of the Application of the GRADE CROSSING COMMIS-SIONERS OF THE CITY OF BUFFALO for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of Lands, etc., Owned by BUFFALO VENEER COMPANY and Others. (Proceeding No. 110.) — Motion for reargument of motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

HERBERT S. SISSON, as State Commissioner of Excise, Respondent, v. LEO H. GEISE, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Case set down for argument March twenty-second.

In the Matter of the Final and Judicial Settlement of the Accounts of NELSON A. ECKLER and Others, as Administrators, etc., of ISABELLA L. PECK, Deceased. LILLA P. LEE and Others, Appellants; HARRY F. ECKLER, Individually and as Administrator, etc., and Others, Respondents. — Order entered upon stipulation filed, substituting Harry F. Eckler, as administrator of Nelson A. Eckler, deceased, as party respondent in place of said Nelson A. Eckler, deceased, and· adding Nina Louise Campbell and Lewis Carl Eckler as respondents.

ELIZABETH LAMB, as Administratrix de Bonis Non of JANE BIRD, Deceased, Respondent, v. CATHERINE E. WEBER, FRANK A. REMARQUE, ALVIN BLOCK and Others, Appellants.— Motion granted and appeal dismissed, with costs.

ELIZABETH LAMB, as Administratrix de Bonis Non of JANE BIRD, Deceased, Respondent, v. CATHERINE E. WEBER, FRANK A. REMARQUE and FRED D. CURTIS, Appellants.— Motion granted and appeal dismissed, with costs.

CARL EMIL MOLLER and Another, Respondents, v. CLARE A. PICKARD and Another, Appellants.— Appeal transferred to the Appellate Division, Second Department, in furtherance of justice, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. Lambert, J., being disqualified and not sitting.

EARL J. DENNY, an Infant, by GORDON J. DENNY, Guardian ad Litem, Respondent, v. CLARENCE INGERSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAY McVOY, Appellant.— Judgment of conviction and order reversed and new trial granted. Held, that the offense of indecent exposure of person of which the defendant was convicted was not necessarily included in the offense charged nor covered by the allegations of the indictment. The defendant should not be discharged, however, as he now contends, but a new trial should be granted, in accordance with the motion he made in the court below, from the order denying which he has appealed. (*People* v. *McGrath*, 202 N. Y. 445.) All concur.

In the Matter of the Judicial Settlement of the Accounts of JUNIA I. GREENE, as Executrix, etc., of J. FRANK GREENE, Deceased, Appellant. GEORGE D. CHAPMAN, as Administrator, etc., and Others, Respondents.— Decree so far as appealed from affirmed, with costs to respondent payable out of the estate. All concur.